1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   MINA CHANG
3  Special Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.3663/ Fax: 702.388.6418
5  mina.chang@usdoj.gov

6  *Attorneys for the United States*

7              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,           Case No. 2:21-mj-00721-DJA

10         Plaintiff,                   ORDER **to Continue Trial**
                                        **(Second Request)**
11     v.

12 MORGAN LEE,

13         Defendant.

14
           IT IS HEREBY STIPULATED AND AGREED, by and between Christopher
15
   Chiou, Acting United States Attorney, and Mina Chang, Assistant United States
16
   Attorney, counsel for the United States of America, and Matthew Cox, counsel for the
17
   defendant, that the bench trial in the above-captioned matter, currently scheduled for
18
   March 23, 2022 at the hour of 9:00 a.m., be vacated and continued to a date and time
19
   convenient to the Court, but no sooner than 30 days.
20
           This stipulation is entered into for the following reasons:
21
           1.    The parties need additional time to review the discovery and to explore a
22
   pretrial resolution.
23
           2.    Defendant is out of custody and agrees to the continuance.
24

3. The additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial resolution.

4. This is the first request for continuance of the trial in this case.

DATED this  21st   day of March, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Matthew Cox                              /s/ Mina Chang

MATTHEW COX, ESQ.                     MINA CHANG
Counsel for defendant                        Assistant United States Attorney
**MORGAN LEE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MORGAN LEE,<br><br>          Defendant. | Case No. 2:21-mj-00721-DJA<br><br>ORDER     to Continue Trial<br>(Second Request) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

///

///

///

///

///

///

///

///

///

3

4.  This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5.  Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for March 23, 2022, at the hour of 9:00 a.m. is hereby VACATED, and RESET for June 1, 2022, at 9:00 a.m., Courtroom 3A.

DATED this 22nd day of March, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE