MATTHEW D. COX, ESQ.
Nevada Bar #10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

### UNITED STATES DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORGAN MICHELLE LEE,<br><br>　　　　　Defendants | Case No. 2:21-mj-00721-DJA<br><br>ORDER　to Continue Trial<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Matthew Cox, Esq., counsel for the defendant Morgan Michelle Lee, that the bench trial in the above-captioned matter, currently scheduled for August 10, 2022 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 30 days.

This stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to review the proposed Plea Agreement with the Defendant.

　　　　2.　　Defendant is out of custody and agrees to the continuance.

　　　　3.　　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial solution.

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1

4.  This is the fourth request for continuance of the trial in this case.

DATED this 9th day of August, 2022.

LAW OFFICES OF
ANDREW LEAVITT

/s/ Matthew D. Cox

_____

MATTHEW D. COX, ESQ.
633 S. Seventh Street
Las Vegas, NV 89101
Matt.cox@andrewleavittlaw.com
Attorney for MORGAN MICHELLE LEE

UNITED STATES ATTORNEY

/s/ Angelica Marmorstein

_____

ANGELICA MARMORSTEIN, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101
Angelica.marmorstein@usdoj.gov

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

2

MATTHEW D. COX, ESQ.
Nevada Bar #10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN MICHELLE LEE,<br><br>Defendants | Case No. 2:21-mj-00721-DJA<br><br>ORDER   to Continue Trial<br>(Fourth Request) |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1.   Defense counsel needs additional time to review the proposed Plea Agreement with the Defendant.

2.   The defendant is not in custody and does not object to the continuance.

3.   The parties agree to the continuance.

4.   This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

//

//

//

//

//

3

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

5. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for August 10, 2022, at the hour of 9:00 a.m. is hereby vacated, and reset to October 26, 2022, at 9:00 a.m., Courtroom 3A.

DATED this 10th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE
DANIEL J. ALBREGTS

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438